UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK CHRISTOPHER BRIDGE,

Plaintiff,

v.

SEATTLE POLICE DEPARTMENT, *et al.*,

Defendants.

Case No. C26-3292-MLP

ORDER

Plaintiff, proceeding *pro se*, brings this action under the Americans with Disabilities Act, § 42 U.S.C. §§ 12112-17, alleging employment discrimination and retaliation. (Dkt. # 1.) This matter is before the Court on Plaintiff's application for appointment of counsel. (Dkt. # 3.)

This District has adopted a General Order providing for a plan to refer *pro se* litigants in civil rights actions to the Pro Bono Panel of this District for its evaluation and potential representation of the litigants. *See* General Order 06-26 (W.D. Wash. May 15, 2026). The plan provides for optional referrals to the Screening Committee of the Panel "for further review to determine if pro bono counsel is warranted." *Id.* § 2(c). The Screening Committee shall review the application within fourteen days, considering factors such as the applicant's inability to retain

counsel by other means and the potential merit of the claims, and submit a recommendation to the judge. *Id.* § 2(d)-(e).

Accordingly, pursuant to General Order 06-26, the Court directs the Pro Bono Coordinator to forward Plaintiff's complaint and application for appointment of counsel (dkt. ## 1, 3) to the Screening Committee for further review to determine if pro bono counsel is warranted.

Dated this 14th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge